# United States District Court
## Southern District of Georgia

CAROL WINSTEAD,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 617-049

WARDEN STANLEY WILLIAMS, VALDERINE JACKSON, and WARDEN MARTY ALLEN,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that this case is dismissed pursuant to the Order dated 1/9/2018. This action stands closed.

1/10/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*