IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CAROL WINSTEAD, | ) |
| Plaintiff - Appellee, | ) |
| vs. | ) Case No. 6:17CV-049 |
| | ) USCA No. 18-10259-FF |
| STANLEY WILLIAMS et. al., | ) |
| Defendant - Appellant. | ) |

O R D E R

The judgment in the above-styled action having been AFFIRMED by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit, is made the Judgment of this Court.

This 13th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA